UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

DUNCAN J. McNEIL, III,

        Plaintiff,

  -against-

UNITED STATES, and its officers and agencies,
including the following agencies within this District:
CLERK, U.S. DISTRICT COURT, ED-NY;
CLERK, U.S. BANKRUPTCY COURT, ED-NY;
U.S. ATTORNEY, ED-NY; U.S. TRUSTEE, ED-NY;
U.S. MARSHAL SERVICE, ED-NY;
FBI, ED-NY; IRS, ED-NY; SECRET
SERVICE, ED-NY; SOCIAL SECURITY
ADMIN, ED-NY; and fictitiously named
non-govt. judgment debtors, as DOE 1 to
DOE 500, residing in this District,

        Defendants.
---------------------------------------------------------X

**CIVIL JUDGMENT**
05-CV-4767 (ARR)

Pursuant to the order issued _October 14, 2005_ by the undersigned dismissing the complaint, it is

    **ORDERED, ADJUDGED AND DECREED**: That the complaint is hereby dismissed. 28 U.S.C. §§ 1915(e)(2), 1915A(b). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's order would not be taken in good faith.

                                                          Allyne R. Ross
                                                          United States District Judge

Dated: _October 14, 2005_
       Brooklyn, New York

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON _____.

Dockets.Justia.com